UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20500-CR-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

ANGELO AGUSTIN COELLO CLEMENTE,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The Federal Public Defender for the Southern District of Florida gives notice that undersigned counsel will be appearing for the defendant in the above referenced case.

Respectfully submitted,

HECTOR A. DOPICO
INTERIM FEDERAL PUBLIC DEFENDER

By: */s/Alexandra Hoffman*
Alexandra Hoffman
Assistant Federal Public Defender
Florida Bar No. 1011796
150 W. Flagler Street, Suite 1700
Miami, Florida  33130
Tel:  305-530-7000
E-Mail Address: alexandra_hoffman@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/Alexandra Hoffman
Alexandra Hoffman