UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-20500-CR-ALTMAN

UNITED STATES OF AMERICA,

vs.

ANGELO AGUSTIN COELLO CLEMENTE,

    Defendant.
    _____/

**FEDERAL PUBLIC DEFENDER'S UNOPPOSED**
**MOTION TO WITHDRAW AND TO APPOINT CONFLICT-FREE COUNSEL**

    The Office of the Federal Public Defender respectfully submits this unopposed motion to withdraw and asks the Court to appoint conflict-free counsel. In support of this motion, undersigned counsel states as follows:

    1.    On April 18, 2024, the Federal Public Defender was appointed to represent Mr. Angelo Agustin Coello Clemente. (DE 14; *see also* DE 17 & 18). Mr. Coello Clemente is charged in a four-count indictment with conspiracy to commit computer fraud, in violation of 18 U.S.C. § 371; computer fraud, in violation of 18 U.S.C. § 1030(a)(4); conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2); and access device fraud, in violation of 18 U.S.C. § 1029(a)(2). (DE 3).

    2.    It has come to the attention of undersigned counsel that a conflict of interest exists between Mr. Coello Clemente and a former client of the Office of the Federal Public Defender. Due to the nature of the conflict, and following consultation with Chief Assistant Federal Public Defender Helaine Batoff, the undersigned

1

respectfully requests that this Court discharge the Federal Public Defender and appoint independent counsel to represent Mr. Coello Clemente in this matter.

3. Mr. Coello Clemente is entitled to conflict-free representation pursuant to both the Sixth Amendment's guarantee of effective assistance of counsel, *see Cuyler v. Sullivan*, 446 U.S. 335 (1980); *Halloway v. Arkansas*, 435 U.S. 475 (1978); *McConico v. Alabama*, 919 F.2d 1543 (11th Cir. 1990), and the Rules Regulating the Florida Bar, *see* Fla R. Prof'l Resp. 4-1.7(a) (current clients) ("A lawyer must not represent a client if: (1) the representation of client 1 will be directly adverse to another client; . . . ."); *Id.* at 4-1.9 (former clients) ("A lawyer who has formerly represented a client in a matter must not afterwards: (a) represent another person in the same or a substantially related matter in which that person's interests are materially adverse to the interests of the former client unless the former client gives informed consent; . . .").[1]

4. Public defender offices are analyzed as law firms for purposes of imputed conflicts of interest; therefore, if any lawyer within the office would be prohibited from representing a client, all members of the office are prohibited from knowingly representing that client. See Fla R. Prof'l Resp. 4-1.10(a); Cmt. To Fla R. Prof'l Resp. 4-1.1 ("firm" includes legal services organizations).

5. The Office of the Federal Public Defender and undersigned counsel have a conflict of interest as to the continued representation of Mr. Coello Clemente

---

[1] This Court's Local Rules incorporate the Florida Bar's Rules of Professional Conduct. *See* S.D. Fla. Local Rule 11.1(c) (Rev. Dec. 1, 2022).

because of its duty to a former client, as described above.

6. Accordingly, undersigned respectfully requests that this Court permit the Office of the Federal Public Defender to withdraw, and appoint conflict-free counsel. *Cf. Wheat v. United States*, 486 U.S. 153, 163 (1988); *United States v. Ross*, 33 F.3d 1507, 1523 (11th Cir. 1994).

7. Undersigned counsel has discussed the conflict with Assistant United States Attorney Jacob Koffsky and the instant motion to withdraw, and he has advised that the government does not oppose the relief sought herein.

WHEREFORE, undersigned counsel respectfully requests that the Court allow the Office of the Federal Public Defender to withdraw from representation of Mr. Coello Clemente and appoint substitute, conflict-free counsel.

Respectfully submitted,

**HECTOR DOPICO**
**INTERIM FEDERAL PUBLIC DEFENDER**

By:   */s/ Alexandra Hoffman*
      Assistant Federal Public Defender
      Florida Bar No.: 1011796
      150 W. Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel: (305) 530-7000
      E-mail: alexandra_hoffman@fd.org

By:   */s/ Christian Dunham*
      Assistant Federal Public Defender
      Florida Bar No.: 0146587
      150 W. Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel: (305) 530-7000
      E-mail: Christian_dunham@fd.org

## CERTIFICATE OF SERVICE

  I HEREBY certify that on May 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             */s/ Alexandra Hoffman*