UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20500-CR-ALTMAN

UNITED STATES OF AMERICA

v.

ANGELO AGUSTIN COELLO CLEMENTE,

    **Defendant.**

_____/

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO SECTION 5K1.1 OF THE UNITED STATES SENTENCING GUIDELINES

Pursuant to Section 5K1.1 of the United States Sentencing Guidelines ("U.S.S.G."), the United States of America hereby moves to reduce Defendant Angelo Agustin Coello Clemente's sentence in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the United States of America states as follows:

1. On December 21, 2023, a federal grand jury in the Southern District of Florida returned a four-count indictment against the Defendant and four others, charging each of them with: (1) conspiracy to commit computer fraud, in violation 18 U.S.C. § 371; (2) computer fraud, in violation of 18 U.S.C. § 1030(a)(4); (3) conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2); and (4) access device fraud, in violation of 18 U.S.C. § 1029(a)(2). *See generally* Indictment [ECF No. 1].

2. On August 15, 2024, the Defendant pled guilty to the first count of the Indictment. *See generally* Factual Proffer [ECF No. 84]; Plea Agreement [ECF No. 85]. The Government will move to dismiss the remaining counts at sentencing on November 4, 2024.

3. Based on the facts of this case, and as will be detailed at the sentencing hearing, the Defendant's assistance to the United States warrants a reduction in sentence under U.S.S.G. § 5K1.1. The extent of the reduction sought will be stated at the sentencing.

## CONCLUSION

The Government respectfully requests that the Court **GRANT** this Motion and reduce the Defendant's sentence, under U.S.S.G. § 5K1.1, by an amount that the Government will recommend at the sentencing hearing on November 4, 2024.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   */s/ Jacob Koffsky*
     Jacob Koffsky
     Assistant United States Attorney
     Florida Bar No. 1018115
     99 Northeast 4th Street
     Miami, Florida 33132
     Telephone: (305) 961-9386
     Email: jacob.koffsky@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

     */s/ Jacob Koffsky*
     Jacob Koffsky
     Assistant United States Attorney