UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cr-20500-RKA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGELO AGUSTIN COELLO CLEMENTE,

    Defendant.

_____

**DEFENDANT, ANGELO AGUSTIN COELLO CLEMENTE'S
UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

The Defendant, ANGELO AGUSTIN COELLO CLEMENTE, by and through his undersigned counsel, herby files Defendant's Unopposed Motion for Permission to Travel, and in support thereof, states as follows:

1. Mr. Coello is a renowned DJ and Emcee who is highly sought after throughout the United States.

2. Mr. Coello needs to travel outside of this District in connection with said work and hereby seeks such permission from this Honorable Court.

3. On November 4, 2024, this Honorable Court sentenced Mr. Coello to the Home Detention Electronic Monitoring Program for a period of 180 days, followed by probation for a term of 3 years. See Judgment, Pg. 5  [DE 148].

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

4. Prior thereto, on October 17, 2024, this Honorable Court entered its PAPERLESS ORDER [DE 122] granting Mr. Coello's almost identical "Unopposed Motion Travel" [DE 119].

5. Mr. Coello traveled for business pursuant to said ORDER and complied with each and every requirement thereof.

6. Undersigned counsel communicated with Assistant United States **Attorney Jacob Koffsky**, who has indicated that the government does not oppose this Motion being granted, as long as the U.S. Probation Department also does not oppose this Motion being granted.

7. Undersigned counsel has also communicated with Mr. Coello's assigned U.S. Probation Officer, Danielle Sylvester-Pierre, who has indicated that the U.S. Probation Dept. does not oppose this Motion, as long as Mr. Coello provides a complete travel itinerary to said Probation Officer prior to departure and that Mr. Coello notifies said Probation Officer immediately upon Mr. Coello's return to the Southern District of Florida.

8. If the Court permits him to travel, Mr. Coello would provide a complete travel itinerary to his said Probation Officer prior to departure and shall notify his said Probation Officer immediately upon his return to the Southern District of Florida.

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

9. Undersigned counsel certifies that this Motion is made in good faith.

**WHEREFORE**, the Defendant, ANGELO AGUSTIN COELLO CLEMENTE, respectfully requests that this Honorable Court enter an Order permitting him to travel outside this District as indicated herein.

**DATED:** November 25, 2024.

    Respectfully submitted,

    **Donet, McMillan & Trontz, P.A.**

    By: /s/ David A. Donet, Jr.
    David A. Donet, Jr., Esq.
    Attorney for Defendant

[Certificate of Service on next page]

Page **3** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 25, 2024, the undersigned electronically filed the foregoing Defendant's Unopposed Motion for Permission to Travel with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing (NEF) to all counsel of record registered therein. In addition, the undersigned certifies that a copy of said Motion was served via email on U.S. Probation Officer Danielle Sylvester-Pierre at Danielle_Sylvester-Pierre@flsp.uscourts.gov.

                                    **Donet, McMillan & Trontz, P.A.**

                   By: /s/ David A. Donet, Jr.
                        David A. Donet, Jr., Esq.
                        Florida Bar No.: 128910
                        Attorney for Defendant
                        100 Almeria avenue, Suite 230
                        Coral Gables, Florida 33134
                        Telephone: 305-444-0030
                        Email: donet@dmtlaw.com
                        Email: paralegals@dmtlaw.com

Page **4** of **4**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, FL 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com