UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cr-20500-RKA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ANGELO AGUSTIN COELLO CLEMENTE,

     Defendant.

_____

**ORDER GRANTING
DEFENDANT, ANGELO AGUSTIN COELLO CLEMENTE'S
<u>UNOPPOSED MOTION FOR PERMISSION TO TRAVEL</u>**

**THIS CAUSE** came before the Court on the Defendant's [DE    ] Unopposed Motion for Permission to Travel; and the Court having reviewed said Motion, and being otherwise duly advised in the premises, it is upon consideration,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**.

The Defendant may travel outside of this District in connection with his work.

Prior to departure on each travel, the Defendant shall provide a complete travel itinerary to his Probation Officer and shall notify his Probation Officer immediately upon his return to the Southern District of Florida.

**DONE AND ORDERED** at the United States District Courthouse at Miami-Dade County, Florida, on this _____ day of November, 2024.

_____
**HON. ROY K. ALTMAN**
United States District Judge

Copies to Counsel of Record.
Copy to U.S. Probation Department.