PROB 12B  SD/FL PACTS No. 8989161
(SD/FL 4/24)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:23-CR-20500-RKA(2)**

**Request for Modifying the Conditions or Term of Supervision
With Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Coello Clemente, Angelo Agustin

Name of Sentencing Judicial Officer: The Honorable Roy K. Altman, United States District Judge, Miami, Florida

Date of Original Sentence:  November 4, 2024

| | |
|---|---|
| Original Offense: | Count 1: Conspiracy To Commit Computer Fraud, in violation of Title 18 U.S.C. § 371, a Class D felony. |
| Original Sentence: | Three (3) years of Probation. Special Conditions ordered include: The defendant shall: 1) cooperate with any removal proceedings initiated or pending by the U.S. Immigration and Customs Enforcement; 2) participate in Home Detention with electronic monitoring for a period a 180 days; 3) prohibited from association with the codefendants in the instance offense while on supervised release; 4) provide complete access to financial information; 5) submit to a search of his person or property; and 6) notify the Probation Officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay. A $100.00 Special Assessment Fee was ordered. |

**November 26, 2024**: Conditions Modified. Your Honor ordered the defendant may travel outside of this District in connection with his work.

**February 10, 2025**: Amended Judgment. Your Honor ordered the defendant pay $108,620.00 in restitution.

Type of Supervision:  Probation            Date Supervision Commenced:  November 4, 2024

## PETITIONING THE COURT

☐   To extend term of supervision for _____ years, for a total term of _____ years.

☒   To modify the condition of supervision as follows:

**The defendant shall pay restitution at the rate of $200.00 per month, until such time as the court may alter that payment schedule in the interest of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

PROB 12B                                                               SD/FL PACTS No.  8989161
(SD/FL 4/24)

## CAUSE

The defendant commenced his term of Probation on November 4, 2024. His supervision is scheduled to expire November 3, 2027.

On May 5, 2025, the defendant successfully completed the Home Detention with Electronic Monitoring Program. To date, he has been compliant with his remaining conditions of supervised release.

The defendant was ordered to pay a $100.00 Special Assessment Fee and restitution in the amount of $108,620.00.  He has paid the Special Assessment Fee in full.

The defendant's financial status was assessed to determine the amount the defendant could afford to pay monthly. The defendant reported his household income and expenses on a monthly basis. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. The defendant rents a space in his ex-girlfriend's apartment where he contributes toward the rent. He is responsible for all of his own expenses and for his portion of the rent and the electric bill. The defendant is employed full-time as an electrician receives approximately $3,392.00 per month. In addition, he has side work as a disc jockey which provides minimal supplemental income. The total available income is $3,492.00. The defendant's total allowable expenses are $3,149.00.  Based on this information, it was determined that the defendant would be able to pay $200.00 per month toward his restitution obligation.

The defendant was presented with this information and concurred with our assessment. He voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release*, agreeing to have his conditions modified to pay restitution at the rate of $200.00 per month, commencing May 2025, and every month thereafter.

**RECOMMENDATION:** It is respectfully requested Your Honor modify the conditions of supervised release ordering the defendant to make monthly restitution payments at the rate of $200.00 per month.

Respectfully submitted,

by: *David Stwarka*
David Stwarka
Senior United States Probation Officer
Office: (305) 512-1804/ Cellular: (786) 348-8577
David_Stwarka@flsp.uscourts.gov
Date: June 2, 2025

---

THE COURT ORDERS:
☐      No Action
☒      The Modification of Conditions as Noted Above
☐      Submit a Request for ☐ Warrant or ☐ Summons

Signature of Judicial Officer

Date:              06-03-25