**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:23-CR-20500-RKA(2)**

**Request for Modifying the Conditions or Term of Supervision**
**With Consent of the Offender**
**(Probation Form 49, Waiver of Hearing is Attached)**

Name of Offender: Angelo Agustin Coello Clemente

Name of Sentencing Judicial Officer: The Honorable, Roy K. Altman, United States District Judge, Miami, Florida

Date of Original Sentence: November 4, 2024

Original Offense: Count One: Conspiracy to Commit Computer Fraud, 18 U.S.C. § 371, a Class D Felony

Original Sentence: Three (3) years' probation as to Count One. Special Conditions to include: 1) Cooperating with Immigration during Removal Proceedings; 2) Home Detention with Electronic Monitoring: 180 days; 3) Association Restriction; 4) Financial Disclosure Requirement; 5) Permissible Search; 6) Unpaid Restitution, Fines, or Special Assessments

**November 26, 2024:** Conditions modified. Your Honor ordered the defendant may travel outside of this District in connection with his work.

**February 10, 2025:** Amended Judgement. Your Honor ordered the defendant pay $108,620.00 in restitution.

**June 2, 2025**: *Request for Modifying the Conditions or Term of Supervision with Consent of the Offender* was submitted to modify restitution payments at a rate of $200.00 per month. Your Honor concurred with recommendation of the U.S. Probation Officer.

Type of Supervision: Probation    Date Supervision Commenced: November 4, 2024

---

**PETITIONING THE COURT**

☐ To extend term of supervision for _____ years, for a total term of _____ years.
☒ To modify the condition of supervision as follows:

1. **The defendant shall perform 25 hours of community service as monitored by the U.S. Probation Officer.**

2. **The defendant shall pay restitution at the rate of $100.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

## CAUSE

1. **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about September 11, 2026, in Broward County, Florida, the defendant was arrested during a traffic stop by Broward County Sherrif's Office on a capias for a Possess/Display Suspended/Revoke/FRD DL dated September 30, 2024, contrary to Florida Statute 322.32(1) under citation number A33JJZE, a criminal traffic citation.

2. **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about September 11, 2026, in Broward County, Florida, the defendant was arrested during a traffic stop by Broward County Sherrif's Office on a capias for a Drive with DL Expired More than 6 months dated September 30, 2024, contrary to Florida Statute 322.03(6) under citation number A33JK0E, a criminal traffic citation.

3. **Violation of Mandatory Condition,** by failing to satisfy the court-ordered fine. On February 10, 2025, a $108,620.00 restitution was imposed, to be paid at the direction of the U.S. Probation Officer. On **June 2, 2025** the defendant executed a financial obligation agreement to begin making payments of $200.00 per month to commence June 2025, and to date, the defendant is currently four (4) months in arrears in the amount of $800.00.

On November 4, 2024, the defendant was released from the custody of the U.S. Bureau of Prisons and commenced his term of supervised release in the Southern District of Florida. His supervision is scheduled to expire on November 3, 2027.

On September 11, 2026, this officer received numerous Supervised Release File indicating the defendant had law enforcement contact. A local record check revealed the defendant was arrested on or about September 11, 2026, for a capias for failure to appear for Count One: Possess/Display Suspended/Revoked/FRD DL and Count TWO: Drive W/DL expired more than 6 months in Broward County Circuit Court docket no. 24140955TC40A. As per FLCCIS, on September 30, 2024, the defendant was given two (2) traffic citations for both mentioned counts, he failed to appear in Court to resolve the criminal traffic citations. The case remains active with a Court date scheduled for October 13, 2026, at 10:00 AM.

The defendant was later confronted with his new arrest and failure to submit restitution payments. He did not deny any of the alleged violations and stated he did not receive any of the notifications for the court dates and was unaware of the status of the traffic citations. He did state he paid all the fines, and he thought he had cleared his record. He also reported his Employment Authorization Document (EAD) has been expired for a while and he has not been able to obtain a valid Driver License.

On September 30, 2026, during a home visit the defendant reported he was fired from his employment due to discovering he did not have an EAD to work legally. He also reported his wife has been dealing with a deportation order and he is financially responsible for the household which has put a financial burden on him, subsequently he has struggled to submit his restitution payments.

Due to the changes, a financial investigation was conducted to determine what amount the defendant could afford to pay monthly. A previous payment plan of $200.00 per month towards the restitution was approved by Your Honor. Since then, the defendant has struggled to pay on a monthly basis, he missed the payments for July, August, September and October 2026. This officer discussed with the defendant the missing payments, he reported his change of income and unemployment status with no family support to help him with the payments. The information was compared to the documentation provided by the defendant and the expenses were adjusted accordingly. Based on this information, it was determined the defendant is able to pay $100.00 per month towards restitution.

The defendant was ordered to pay a special assessment fee of $100.00 and a joint and several restitutions in the amount of $108,620.00. Per the Offender Payment Enhanced Report Access (OPERA), the special assessment fee has been paid in full and $ 106,420.00 balance remains active for the restitution.

The defendant was presented with this information, he concurred with our assessment, consequently, he voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervision*, thus establishing restitution at $100.00 per month, commencing November 2026, and every month thereafter.

Based on the defendant's recent arrest, this appears to be an isolated incident, the defendant's agreed to rectify his behaviors and attend to his Court's dates for his pending criminal traffic charges until case is resolved and fines are paid in full. As a sanction for failing to refrain from violation of the law, the defendant voluntarily signed the attached Waiver of Hearing to Modify Conditions of Supervised Release agreeing to perform 25 hours of community service as monitored by the U.S. Probation Office.

The defendant has maintained a stable residence at 21 Northwest 10th Court, Apt #6, Dania Beach, Florida. He recently became unemployed and was unable to obtain lawful employment until he received an Employment Authorization Document (EAD). The defendant has satisfied the $100.00 special assessment fee and DNA collection requirements.

**RECOMMENDATION:** At this time, we are respectfully requesting that Your Honor take no action, modify the conditions of supervised release to include the defendant perform 25 hours of community service, waived arrearages and accept modification to lower the defendant's payment plan, allowing the defendant to pay restitution at a rate of $100.00 per month. The U.S. Probation Office will closely monitor the pending case, and the Court will be promptly notified of any of any further non-compliance issues.

Respectfully Submitted,

by: Desiree Rodriguez

Desiree Rodriguez K.A.
United States Probation Officer
Office: (305) 512-1830
Cellular: (786) 512-1878
Email: Desiree_RodriguezRodriguez@flsp.uscourts.gov
Date: 10/14/2026

THE COURT ORDERS:
☐ No Action
☒ The Modification of Conditions as Noted Above
☐ Submit a Request for ☐ Warrant or ☐ Summons

Signature of Judicial Officer

Date: 10-16-26